1  William A. Kershaw (State Bar No. 057486)
   Stuart C. Talley (State Bar No. 180374)
2  KERSHAW, CUTTER & RATINOFF, LLP
   401 Watt Avenue
3  Sacramento, California 95864
   Telephone: (916) 448-9800
4  Facsimile: (916) 669-4499
5  Email: wkershaw@kcrlegal.com
   Email: stalley@kcrlegal.com
6
   *Attorneys for Plaintiffs*
7

8
                       UNITED STATES DISTRICT COURT
9
                       NORTHERN DISTRICT OF CALIFORNIA
10
                           SAN FRANCISCO DIVISION
11

12  | MARGARET GREEN and NATHANIEL GREEN, Individually and as Parents and Natural Guardians of B.G., a Minor, | CASE NO. 3:15-cv-03130-RS |
    |---|---|
    | Plaintiffs, | [~~PROPOSED~~] ORDER TO STAY PROCEEDINGS PENDING MDL CONSIDERATION |
    | v. | |
    | GLAXOSMITHKLINE LLC d/b/a GLAXOSMITHKLINE; and DOES 1 through 50, inclusive, | Hon. Richard Seeborg<br>Courtroom 3 – 17th Floor |
    | Defendants. | |

21
22      Good cause appearing, the parties' joint stipulation to stay proceedings in the above-
23  captioned action is GRANTED as follows:
24      1.   This action is STAYED pending the transfer decision of the Judicial Panel on
25  Multidistrict Litigation (the "MDL Panel") in *In Re: Zofran (Ondansetron) Products Liability*
26  *Litigation* (MDL No. 2657);
27      2.   All deadlines, with the exception of Defendant's obligation to respond to
28  Plaintiffs' complaint are VACATED until further order of the Court; and

3. The parties shall notify the Court of the MDL Panel's decision within ten days of the decision.

IT IS SO ORDERED.

Dated: 8/18/15          .

_____
Hon. Richard Seeborg
UNITED STATES DISTRICT JUDGE

-2-

ORDER TO STAY PENDING MDL CONSIDERATION    CASE NO. 3:15-CV-03130 RS